■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA BURKE, Also Known as DEDRA BURKE, Appellant. [958 NYS2d 614]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered September 19, 2011, convicting her of aggravated driving while intoxicated (two counts) and failing to keep right of the double yellow line, upon her plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the defendant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Chambers, Sgroi and Hinds-Radix, JJ., concur.